No. 83–1935. TONY AND SUSAN ALAMO FOUNDATION ET AL. *v.* DONOVAN, SECRETARY OF LABOR. C. A. 8th Cir. [Certiorari granted, *ante*, p. 915.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 83–1961. LANDRETH TIMBER CO. *v.* LANDRETH ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1016.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 84–165. GOULD *v.* RUEFENACHT ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 1016.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 83–2143. TENNESSEE *v.* STREET. Ct. Crim. App. Tenn. [Certiorari granted, *ante*, p. 929.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 84–28. BROCKETT *v.* SPOKANE ARCADES, INC., ET AL.; and

No. 84–143. EIKENBERRY, ATTORNEY GENERAL OF WASHINGTON, ET AL. *v.* J–R DISTRIBUTORS, INC., ET AL. C. A. 9th Cir. [Probable jurisdiction noted, *ante*, p. 813.] Motion of American Booksellers Association, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 84–465. BLACK, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS AND HUMAN RESOURCES, ET AL. *v.* ROMANO. C. A. 8th Cir. [Certiorari granted, *ante*, p. 1033.] Motion of the Attorney General of Missouri to permit David C. Mason, Esquire, of Jefferson City, Mo., to argue *pro hac vice* granted.

No. 84–718. MENDENHALL *v.* UNITED STATES ET AL. C. A. 9th Cir. Motion of Wayne Winters, Editor and Publisher of Western Prospector and Miner, for leave to file a brief as *amicus curiae* granted.

No. 84–5343. HUX *v.* MURPHY, WARDEN, ET AL. C. A. 10th Cir. Motion of petitioner to consolidate this case with No. 83–1590, *Francis* v. *Franklin* [certiorari granted, 467 U. S. 1225], denied.